```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/13/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANA FANELLI,

        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

        Defendants.

25-CV-6769 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at the status conference held today, the parties' remaining discovery deadlines (*see* Dkts. 24, 45) are modified as follows:

1. The close of fact discovery is EXTENDED to **May 27, 2026**, for the sole purpose of taking the deposition of Mr. Santiago, which is limited to three and half hours.

2. The disclosure of initial expert evidence, including the identities and written reports of experts, is EXTENDED to **June 30, 2026**.

3. The disclosure of expert evidence intended solely to contradict or rebut the opposing party's expert evidence is EXTENDED to **July 29, 2026**.

4. The deadline to complete all expert depositions is EXTENDED to **August 28, 2026**.

Summary judgment motions remain due **30 days after the close of expert discovery**, and must conform to the District Judge's individual practices.

Dated: New York, New York
     May 13, 2026              **SO ORDERED.**

                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**