

## HILL BETTS & NASH LLP

14 WALL STREET, SUITE 5H
NEW YORK, NY 10005
DIRECT DIAL: (212) 589-7517
MAIN: (212) 839-7000
FACSIMILE: (212) 466-0514
WWW.HILLBETTS.COM

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:    6/10/26 |

June 9, 2026

*Via ECF*

The Honorable Barbara C. Moses
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Application GRANTED. The settlement conference currently scheduled for June 17, 2026 is ADJOURNED to **June 30, 2026, at 2:15 p.m.** The parties' confidential settlement letters are now due no later than **June 23, 2026**. All other provisions of the Order Scheduling Settlement Conference (Dkt. 48) remain in effect.
>
> SO ORDERED.
>
> June 10, 2026
>
> **Barbara Moses**
> **United States Magistrate Judge**

Re:    Jeana Fanelli v. The City of New York *et al.*
       Docket No. 1:25-cv-06769 (VSB) (BCM)
       Our File No. 18.0068

Dear Magistrate Judge Moses:

We are attorneys for Defendant, Port Imperial Ferry Corp., and write with Plaintiff's consent to request a brief adjournment of the settlement conference currently scheduled for June 17th. The undersigned has recently been informed of other personal and professional obligations scheduled for that day that present a conflict.

With Plaintiff's consent, Defendant respectfully requests that the settlement conference presently scheduled for June 17, 2026 be adjourned to a new date and time during the week of June 29th.

## MEMO ENDORSED

{NY273755.1 }

The Honorable Barbara C. Moses
June 9, 2026
Page 2


We thank the Court for its time and consideration in this matter.

Respectfully submitted,

HILL, BETTS & NASH LLP
*Attorneys for Defendants*


/s/ *Kevin J. O'Donnell*_____
Kevin J. O'Donnell


cc:     Via ECF
        Dario Chinigo, Esq.
        Nicole Vera, Esq.
        HOFMANN & SCHWEITZER
        *Attorneys for Plaintiff*
        212 West 35 Street, 12th Floor
        New York, NY 10001
        Tel: (212) 465-8840

{NY273755.1 }