UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANA FANELLI,

       Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

       Defendants.

25-CV-06769 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On May 13, 2026, in advance of the upcoming settlement conference, the Court ordered the parties to, "after the receipt of this Order," "conduct at least one good-faith settlement discussion, in person or by telephone" and "convey to each opposing party at least one good-faith settlement demand or offer[.]" (Dkt. 48 ¶ 2.) The Court further specified that "[p]ast settlement negotiations may not be relied upon to satisfy this requirement." *Id*. After reviewing the parties' confidential settlement letters, it appears that this requirement has not been satisfied.

It is hereby ORDERED that the parties shall (i) hold a further, good-faith settlement discussion *in real time* (*i.e.*, in person or by telephone or videoconference); and (ii) submit a joint confidential settlement update letter by email, no later than **June 29, 2026**, confirming that the required discussion took place and updating the Court as to the parties' most recent settlement positions.

Dated: New York, New York
      June 24, 2026

                      **SO ORDERED.**

                      **BARBARA MOSES**
                      **United States Magistrate Judge**