HILL
BETTS
& NASH LLP

14 WALL STREET, SUITE 5H
NEW YORK, NY 10005
DIRECT DIAL: (212) 589-7511
MAIN: (212) 839-7000
FACSIMILE: (212) 466-0514
WWW.HILLBETTS.COM

October 22, 2026

Defendant's motion for summary judgment and precluding or limiting the opinion of Plaintiff's liability expert, (Doc. 54), is withdrawn. The Clerk of the Court is respectfully directed to terminate the open motion at Document 54.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/23/2026

**Via ECF**

The Honorable Vernon S. Broderick
District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Jeana Fanelli v. The City of New York *et al.*
Docket No. 1:25-cv-06769 (VSB) (BCM)
Our File No. 18.0068

Dear Judge Broderick:

We write to inform the Court that this matter has been settled between the parties.

The parties are separately working resolve a dispute regarding expert deposition fees, which we are hopeful can be accomplished amicably. In any event, the parties have agreed to treat that issue separately and not let it interfere with the resolution of the main dispute, which has been successfully achieved.

As such, Defendant respectfully requests that its pending motion pursuant to FRE 702 and for summary judgment be withdrawn.

A Stipulation of Dismissal will be filed shortly. We thank the Court for its kind assistance with this matter.

Respectfully submitted,

HILL, BETTS & NASH LLP
*Attorneys for Defendant*

*/s/ Kevin J. O'Donnell*
Kevin J. O'Donnell

cc: **Via ECF**

The Honorable Barbara C. Moses
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dario Chinigo, Esq.
HOFMANN & SCHWEITZER
*Attorneys for Plaintiff*
212 West 35 Street, 12th Floor
New York, NY 10001
Tel: (212) 465-8840